**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
dbettino@reedsmith.com
Aaron M. Bender, Esq.
abender@reedsmith.com
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel (609) 514-5962
Fax (609) 951-0824

Attorneys for Defendant
Wells Fargo Bank, N.A.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EUGENE G. STRAVINSKY II and JEANETTE STRAVINSKY and ADVANTAGE FINANCIAL MORTGAGE BANKERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. and JOSE P. MARTINS, JOHN DOES 1-10, being fictitious designations for as yet unidentified individuals; and ABC entities 1 through 10, being fictitious designations for as yet unidentified corporations, limited liability companies, partnerships and/or other entities, <br><br> Defendant. | Civil Action No. 3:17-cv-05112-FLW-TJB <br><br> *Civil Action* <br><br> **CONSENT ORDER** |

**THIS MATTER** in the above-entitled action having been brought to the Court by Plaintiffs Eugene G. Stravinsky II and Jeanette Stravinsky and Advantage Financial Mortgage Bankers, Inc. ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"); and counsel

for the parties having consented to the form and entry of this Order; and for other good cause shown;

IT IS on this 22nd day of May, 2018, **ORDERED**:

1. Plaintiffs hereby agree to vacate the entry of default entered against Wells Fargo Bank, N.A.;

2. That the Motion for Default Judgment currently returnable on June 18, 2018 is hereby withdrawn; and

3. Plaintiffs hereby agree to an extension of time until June 29, 2018 to allow Wells Fargo to file a response pleading to the Complaint.

_____
FREDA L. WOLFSON, U.S.D.J.

*The undersigned hereby consent to the form and entry of the within Order:*

| **THE LAW OFFICES OF MICHAEL BOTTON, LLC** | **REED SMITH LLP** |
|---|---|
| s/Michael Botton | s/Diane A. Bettino |
| Michael Botton | Diane A. Bettino |
| *Attorney for Plaintiffs* | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| Dated: May ___, 2018 | Dated: May ___, 2018 |